De Luxe Cab Company, appellant, v. Daniel Heenan, appellee. Gen. No. 29,641.

Action to recover damages to taxicab sustained in collision with automobile. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 28, 1925.

Frederick W. Snider, for appellant. E. A. Prindiville and Arthur H. Shay, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

S. P. Krieger, appellee, v. Paul H. Biese, appellant. Gen. No. 29,653.

Action to recover rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

Kettles & Bidwill, for appellant; James G. Sheridan, of counsel. Louis W. Reinecker, Jr., for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Mary Wenz, appellee, v. Maurice Williams et al., trading as Williams Brothers, appellants. Gen. No. 29,762.

Action to recover deposit on purchase of real estate. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

Nels J. Holter, for appellants. Colson, Levering & Johnson, for appellee; H. G. Colson, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

S. Schmidt, appellee, v. John F. Barr and Malcolm E. Barr, appellants. Gen. No. 29,765.

Bill for specific performance. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded with directions. Opinion filed October 28, 1925. Taylor, J., specially concurring. Rehearing denied and additional opinion filed November 6, 1925.

Kelly, Burns & Daly, for appellants; James D. Murphy, of counsel. Charles N. Goodnow and L. A. Sherwin, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Ben Berry, trading as R. Berry, appellee, v. Flanders Realty Company, appellant. Gen. No. 29,771.

Action for labor performed and materials furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

Olds & Tourje, for appellant; J. J. Goshkin, of counsel. Hollett & Sauter, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.